# SECOND DISTRICT.

Thomas Herbert, appellee, v. Elgin, Joliet & Eastern Railway Company, appellant. Gen. No. 9,355.

Opinion filed January 26, 1939.
Knapp, Allen & Cushing and Donavan, Bray & Gray, for appellant. Albert H. Krusemark, for appellee.
Mr. Presiding Justice Huffman delivered the opinion of the court.

Clarence Briggs, administrator of estate of Betty Irene Briggs, deceased, appellee, v. Golden Cream Dairy, Inc., and M. M. Herndon, appellants. Gen. No. 9,358.

Opinion filed January 26, 1939.
Richard J. Neagle, for appellants; Joseph E. West, of counsel. Hardy, Hardy & Witherall, for appellee.
Mr. Justice Huffman delivered the opinion of the court.

Richard H. Hindle, trading as R. H. Hindle Realty Company, appellee, v. Commercial Travelers Loan & Homestead Association, appellant. Gen. No. 9,366.

Opinion filed January 26, 1939.
Todd, Arbor, Pendarvis & Anderson, for appellant; Harry Dale Morgan and Robert D. Morgan, of counsel. Charles A. Wesner, for appellee.
Mr. Justice Huffman delivered the opinion of the court.